**SO ORDERED.**

**DONE and SIGNED May 16, 2019.**

_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case Number: 18-31573 |
| § | | |
| Kerry Norris Lewis § | | Chapter 13 |
| Debtor § | | |
| _____§ | | |
| Kerry Norris Lewis § | | |
| Plaintiff § | | Adversary Proceeding |
| § | | |
| vs. § | | Case No. 18AP-3016 |
| § | | |
| Money Mayday Loans and § | | |
| Tracy Cullum § | | |
| Defendants § | | |

## Judgment

Before the Court is a Motion for Default Judgment (the "**Motion**") (Doc. 10).

For the reasons set forth in the Memorandum of Decision,

**IT IS ORDERED** that:

1. The Motion is hereby **GRANTED**.

2. Kerry Norris Lewis ("**Plaintiff**") shall recover from Money Mayday Loans, Inc. and Tracy Cullum (collectively "**Defendants**"), *in solido*, the amount of $21,895.00 which is hereby awarded by this Court pursuant to 11 U.S.C. § 362(k), representing: (a) damages for the loss of property in the amount of $2,050.00; (b) damages for the lost wages in the amount of $312.00; (c) damages for transportation costs in the amount of $698.00; (d) emotional distress damages of $3,000.00; (e) $5,835.00 for recovery of attorney's fees and expenses; and (f) punitive damages in the amount of $10,000.00.

3. Plaintiff shall also recover from Defendants, *in solido*, judicial interest on all amounts awarded by this Judgment, said interest calculated using the maximum federal judicial interest rate from the date of judicial demand and until paid in full.

4. Defendants are solidarily liable for all amounts awarded by this Court.

5. The Clerk of Court shall serve a copy of this Judgment and the Memorandum of Decision on each Defendant by regular, first class United States mail, postage fully pre-paid, addressed to:

Money Mayday Loans
Attention: Andrew G. Nolan, Registered Agent
809 North 4th Street, Ste C
Monroe, LA 71201

Tracy Cullum
809 North 4th Street, Ste C
Monroe, LA 71201

###